UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNA PATTBERG,

                Plaintiff,

-against-

LELE SADOUGHI DESIGNS LLC, LISA SADOUGHI et al.,

                Defendants.

24-CV-3252 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's July 11, 2024 Order, ECF No. 12, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in the order, no later than August 29, 2024. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 3, 2024**.

    SO ORDERED.

Dated: August 30, 2024
       New York, New York

                                    ARUN SUBRAMANIAN
                                    United States District Judge