UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jenna Pattberg,<br><br>                              Plaintiff,<br><br>          -against-<br><br>Lele Sadoughi Designs LLC et al.,<br><br>                              Defendants. | 24-CV-3252 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Discovery in this case closed on February 6, 2025. The deadline for summary judgment motions was March 7, 2025. Dkt. 16. No motions for summary judgment have been filed in this case, and indeed nothing has been filed on the docket since September 2024.

By **March 14, 2025**, the parties should meet and confer and file a joint letter on the docket indicating the status of the case and proposing dates for trial in June or July.

SO ORDERED.

Dated: March 11, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge